# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CANNEDY TRINH,<br><br>        Defendant. | 2:17-cr-00287-JCM-VCF<br><br>**ORDER**<br><br>MOTION TO SEVER [ECF NO. 61] |

      Before the Court is Defendant Cannedy Trinh's Motion to Sever Trials of Co-Defendants. (ECF No. 61). In light of the Defendants' plea agreements and the Orders of the Court vacating trial (ECF Nos. 67-70, 73-74), the motion is moot.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Defendant's Motion to Sever Trials of Co-Defendants (ECF No. 61) is DENIED AS MOOT.

      DATED this 12th day of December, 2018.

                                                        _____
                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE